# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JESSE EDWARD MOODY, JR,**

    *Plaintiff*,

v.                                          Case No.: 4:20cv338-MW/HTC

**MARK S. INCH, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 28, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 21, is **DENIED**. This matter shall be remanded to the Magistrate Judge for further proceedings in accordance with this Order.

**SO ORDERED on April 6, 2021.**

                                                                *s/Mark E. Walker*
                                                                 **Chief United States District Judge**